### SAKS & CO. v. DISTRICT OF COLUMBIA. *

(Court of Appeals of District of Columbia. Submitted December 2, 1919. Decided March 1, 1920.)

#### No. 3268.

Appeal from Supreme Court of the District of Columbia.

Action by the District of Columbia against Saks & Co. From a judgment for the District of Columbia, defendant appeals. Reversed and remanded.

M. D. Rosenberg and E. Hilton Jackson, both of Washington, D. C., for appellant.

C. H. Syme, Corp. Counsel, and F. H. Stephens, Asst. Corp. Counsel, both of Washington, D. C., for the District of Columbia.

ROBB, Associate Justice. As the facts here do not differ materially from those in R. P. Andrews Paper Co., a Corporation, v. District of Columbia, 49 App. D. C. ——, 263 Fed. 1017, just decided by this court, our ruling must be the same as in that case. The judgment, therefore, is reversed and case remanded for further proceedings.

Reversed and remanded.

SMYTH, Chief Justice, dissents.

---

### LISNER v. DISTRICT OF COLUMBIA. *

(Court of Appeals of District of Columbia. Submitted December 2, 1919. Decided March 1, 1920.)

#### No. 3269.

Appeal from Supreme Court of the District of Columbia.

Action by the District of Columbia against Abraham Lisner. From a judgment for the District of Columbia, defendant appeals. Reversed and remanded.

M. D. Rosenberg and E. Hilton Jackson, both of Washington, D. C., for appellant.

C. H. Syme, Corp. Counsel, and F. H. Stephens, Asst. Corp. Counsel, both of Washington, D. C., for the District of Columbia.

ROBB, Associate Justice. The facts here are not materially different from those in R. P. Andrews Paper Co., a Corporation, v. District of Columbia, 49 App. D. C. ——, 263 Fed. 1017, just decided by this court. Our ruling, therefore, must be the same as in that case. The judgment is reversed and case remanded for further proceedings.

Reversed and remanded.

SMYTH, Chief Justice, dissents.

*Certiorari granted 252 U. S. ——, 40 Sup. Ct. 482, 64 L. Ed. ——.